IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Eddie P

Printed: 8/12/08

Case Number: 04 B 40166
Judge: Wedoff, Eugene R
Filed: 10/28/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 22, 2008
Confirmed: December 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 17,315.46 |  |
| Secured: |  | 9,962.66 |
| Unsecured: |  | 2,022.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,410.00 |
| Trustee Fee: |  | 775.18 |
| Other Funds: |  | 2,145.46 |
| Totals: | 17,315.46 | 17,315.46 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Ford Motor Credit Corporation | Secured | 9,962.66 | 9,962.66 |
| 3. | Cavalry Portfolio Services | Unsecured | 457.88 | 847.64 |
| 4. | RoundUp Funding LLC | Unsecured | 434.75 | 804.81 |
| 5. | Ford Motor Credit Corporation | Unsecured | 199.72 | 369.71 |
| 6. | TCF Bank | Secured |  | No Claim Filed |
| 7. | TCF Bank | Secured |  | No Claim Filed |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | Providian Processing | Unsecured |  | No Claim Filed |
| 10. | Providian Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 13,465.01 | $ 14,394.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 110.70 |
| 4% | 52.98 |
| 3% | 36.90 |
| 5.5% | 202.97 |
| 5% | 66.23 |
| 4.8% | 104.47 |
| 5.4% | 200.93 |
|  | _____ |
|  | $ 775.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Eddie P | Case Number:  04 B 40166 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  10/28/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

